UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>　DEMAS WAI YAN,<br><br>　　　　Debtor | Case No. 16-cv-00305-RS<br><br>**ORDER DENYING IN PART AND GRANTING IN PART REQUEST FOR EXTENSION** |
| TONY FU AND BRYANT FU,<br><br>　　　Appellants,<br><br>　　v.<br><br>JANINA M. HOSKINS, Trustee,<br><br>　　　Appellee | |

Tony Fu and Bryant Fu, appearing *in pro se*, filed this appeal on January 19, 2016, challenging an order of the Bankruptcy Court denying them leave to bring suit against the Bankruptcy Trustee for matters involving her handling of the underlying bankruptcy proceeding. Appellants previously obtained an extension of 90 days to file their opening brief, to which the Trustee did not object. Representing that they have again obtained the Trustee's consent, appellants now seek a further extension of 120 days, for reasons they do not explain.

The parties are familiar with the extensive history of multiple appeals brought by various persons, both in this court and at the Ninth Circuit court of appeals, all growing out of this long-running bankruptcy proceeding. None of the appeals to date have proven meritorious; most brushed up against, or crossed well over, the line of frivolousness. At this juncture, there is nothing that suggests the present appeal is likely to be substantially more well-founded. Under all the circumstances, further delay of the length requested is not warranted. Appellants shall file their opening brief no later than June 30, 2016. Failure to do so will result in dismissal of the appeal, without further notice.

**IT IS SO ORDERED**.

Dated: May 24, 2016

_____
RICHARD SEEBORG
United States District Judge