Tony Fu
5813 Geary Blvd., PMB 188
San Francisco, CA 94121
Tel:     (415) 867 - 5973
E-mail: Tonydxfu@gmail.com

Appellant in Pro Per

**RECEIVED**

JUN 3 0 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re<br><br>DEMAS WAI YAN aka DENNIS YAN<br><br>                                    Debtor,<br>_____<br>Tony Fu, (Defendant)<br><br>                                    Appellant,<br>    vs.<br><br>Janina M. Hoskins, Trustee,<br>(Debtor Demas Yan, Plaintiff)<br><br>                                    Appellee.<br>------------------------------------------------- | Case No.: 16-CV-0305 RS<br><br>Bankruptcy No: 04-33526-TC; Chapter 7<br>Adv. Proc. No. 12-3129 TC<br><br><br>**Stipulation of Dismissal of Bryant Fu From Appeal** |

Whereas, Co-Appellant Bryant Fu seeks to withdraw from this action and has stipulated with Co-Appellant Tony Fu who agreed to take on all responsibility concerning the subject appeal.

FU, 0305, STIPULATION DISMISSAL OF BRYANT FU --1

1 | Therefore, Appellants Bryant Fu and Tony Fu stipulate to the withdrawal of Bryant Fu
2 | from this action.  The Court is pleased to grant the leave for Co-Appellant Bryant Fu to
3 | withdraw.

5 | Dated:  June 29, 2016

Respectfully Submitted and Stipulated,

_____
Tony Fu, Appellant in Pro Per

_____
Bryant Fu, Appellant in Pro Per

PROOF OF SERVICE

Case: **16-CV-0305 RS**

I am a legal resident of the United States, over the age of eighteen, not a party to this action. My address is 331A 28th Ave., San Francisco CA 94121.

On June 29, 2016, I served the attached:

**Stipulation of Dismissal of Bryant Fu From Appeal**

On the interested parties as follows:

Reidun Stromsheim, Attorney for Janina Hoskins
Stromsheim and Associates
11445 E. Via Linda, Ste. 2618
Scottsdale, AZ 85259

__X__ BY FIRST CLASS MAIL: On the interested party named above in said cause, by placing a true copy thereof enclosed in a sealed envelope with the postage thereon fully prepaid, in the United States mail at Postal Office, San Francisco addressed as the above:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on June 29, 2016, at San Francisco, California.

_____*P. Poon*_____
Peter Poon